UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CALVIN VINSON,

        Plaintiff,

File No: 2:10-CV-34

v.

HON. ROBERT HOLMES BELL

UNKNOWN SCHERTZ, et al.,

        Defendants.
                              /

# ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 11, 2011, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 13) be granted and that Plaintiff Calvin Vinson's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed in its entirety. (Dkt. No. 29.) The R&R was duly served on the parties. Plaintiff was granted an extension of time until March 17, 2011, to file his objections. (Dkt. No. 33.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the February 11, 2011, R&R (Dkt. No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 13) is **GRANTED**.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that an appeal of this action would not be in good faith.


Dated:  March 30, 2011                                        /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE